JS 44 (Rev. 3/99) ORIGINAL

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

RECEIVED
17
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**I. (a) PLAINTIFFS**

SEE ATTACHED

**DEFENDANTS** 3 03CV 2786R

SEE ATTACHED

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

SEE ATTACHED

Attorneys (If Known)

SEE ATTACHED

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- G 1 U.S. Government Plaintiff
- G 3 Federal Question (U.S. Government Not a Party)
- G 2 U.S. Government Defendant
- XX 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | G 1 | G 1 | Incorporated or Principal Place of Business In This State | XX 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | XX 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- G 110 Insurance
- G 120 Marine
- G 130 Miller Act
- G 140 Negotiable Instrument
- G 150 Recovery of Overpayment & Enforcement of Judgment
- G 151 Medicare Act
- G 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- G 153 Recovery of Overpayment of Veteran's Benefits
- G 160 Stockholders' Suits
- G 190 Other Contract
- G 195 Contract Product Liability

**REAL PROPERTY**
- G 210 Land Condemnation
- G 220 Foreclosure
- G 230 Rent Lease & Ejectment
- G 240 Torts to Land
- G 245 Tort Product Liability
- G 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- G 310 Airplane
- G 315 Airplane Product Liability
- G 320 Assault, Libel & Slander
- G 330 Federal Employers' Liability
- G 340 Marine
- G 345 Marine Product Liability
- G 350 Motor Vehicle
- G 355 Motor Vehicle Product Liability
- G 360 Other Personal Injury

PERSONAL INJURY
- G 362 Personal Injury—Med. Malpractice
- G 365 Personal Injury — Product Liability
- G 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- XX 370 Other Fraud
- G 371 Truth in Lending
- G 380 Other Personal Property Damage
- G 385 Property Damage Product Liability

**CIVIL RIGHTS**
- G 441 Voting
- G 442 Employment
- G 443 Housing/ Accommodations
- G 444 Welfare
- G 440 Other Civil Rights

**PRISONER PETITIONS**
- G 510 Motions to Vacate Sentence Habeas Corpus:
- G 530 General
- G 535 Death Penalty
- G 540 Mandamus & Other
- G 550 Civil Rights
- G 555 Prison Condition

**FORFEITURE/PENALTY**
- G 610 Agriculture
- G 620 Other Food & Drug
- G 625 Drug Related Seizure of Property 21 USC 881
- G 630 Liquor Laws
- G 640 R.R. & Truck
- G 650 Airline Regs.
- G 660 Occupational Safety/Health
- G 690 Other

**LABOR**
- G 710 Fair Labor Standards Act
- G 720 Labor/Mgmt. Relations
- G 730 Labor/Mgmt.Reporting & Disclosure Act
- G 740 Railway Labor Act
- G 790 Other Labor Litigation
- G 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- G422 Appeal 28 USC 158
- G423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- G820 Copyrights
- G830 Patent
- G840 Trademark

**SOCIAL SECURITY**
- G861 HIA (1395ff)
- G862 Black Lung (923)
- G863 DIWC/DIWW (405(g))
- G864 SSID Title XVI
- G865 RSI (405(g))

**FEDERAL TAX SUITS**
- G870 Taxes (U.S. Plaintiff or Defendant)
- G871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- G 400 State Reapportionment
- G 410 Antitrust
- G 430 Banks and Banking
- G 450 Commerce/ICC Rates/etc.
- G 460 Deportation
- G 470 Racketeer Influenced and Corrupt Organizations
- G 810 Selective Service
- G 850 Securities/Commodities/ Exchange
- G 875 Customer Challenge 12 USC 3410
- G 891 Agricultural Acts
- G 892 Economic Stabilization Act
- G 893 Environmental Matters
- G 894 Energy Allocation Act
- G 895 Freedom of Information Act
- G 900 Appeal of Fee Determination Under Equal Access to Justice
- G 950 Constitutionality of State Statutes
- G 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

G 1 Original Proceeding | XX 2 Removed from State Court | G 3 Remanded from Appellate Court | G 4 Reinstated or Reopened | G 5 Transferred from another district (specify) | G 6 Multidistrict Litigation | G 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. 1441 (removal) 28 U.S.C. 1332 (Diversity)

**VII. REQUESTED IN COMPLAINT:** G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 — DEMAND $ over $75,001.00 — CHECK YES only if demanded in complaint: JURY DEMAND: XX Yes G No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 11/17/03 — SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE

EXHIBIT A

# Civil Cover Sheet Attachment

**1. (a) Plaintiff**

Autoflex Leasing, Inc.

**Defendants**

Team Motor Sports, Inc.
Team Motorsports of Missouri, L.L.C.
Mark Johnson
TRM Classics & Collectible Autos, Inc.
Chris Brannon
Gibbs-Stallings Superstore, Inc.

**(b) County of Residence of First Listed Plaintiff**

Dallas County, Texas

**County of Residence of First Listed Defendant**

Greene County, Missouri

**(c) Attorneys for Plaintiff**

Paul A. Bezney
David W. Dodge
Dodge, Anderson, Jones, Bezney & Gillman, P.C.
One Lincoln Centre
5400 LBJ Freeway
Suite 910
Dallas, Texas 75248
(972) 960-3200
(972) 960-3221 (fax)

**Attorney for Defendants**

Thomas A. Fuller
Hill Gilstrap, P.C.
1400 W. Abram St.
Arlington, Texas 76013
(817) 261-2222
(817) 861-4685 (fax)

# United States District Court
# Northern District of Texas
# Dallas Division

ORIGINAL

3 03CV 2786R

RECEIVED
17 03
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## Supplemental Civil Cover Sheet For Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 68TH Judicial District Court, Dallas County, Texas | 03-10651 |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| Party and Party Type | Attorney(s) |
|---|---|
| Autoflex Leasing, Inc., Plaintiff | Paul A. Bezney 00787077<br>David W. Dodge 24002000<br>One Lincoln Centre<br>5400 LBJ Freeway, Suite 910<br>Dallas, Texas 75248<br>(972) 960-3200<br>(972) 960-3221 Fax |
| Team Motor Sports, Inc.; Team Motorsports of Missouri, L.L.C.; Mark Johnson; TRM Classics and Collectible Autos, Inc.; Chris Brannon; and Gibbs-Stallings Superstore, Inc., Defendants | Thomas A. Fuller 50511887<br>Hill Gilstrap<br>1400 West Abram<br>Arlington, Texas 76013<br>(817) 261-2222<br>(817) 861-4685 fax |

EXHIBIT
B

3. **Jury Demand:**

Was a Jury Demand made in State Court? Yes

If "*Yes*," by which party and on what date?

Plaintiff – September 23, 2003

4. **Answer:**

Was an Answer made in State Court? Yes, but subject to a Special Appearance challenging personal jurisdiction.

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| None | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| None | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiff | Common Law Fraud, Conspiracy to Commit Fraud, Tortious Interference with Contract, Tortious Interference with Prospective Business Relations, and Fraudulent Concealment |
| Defendant | Lack of personal jurisdiction, lack of claims upon which relief may be granted, denial of claims |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 17 2003
CLERK, U.S. DISTRICT COURT
By ________
Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUTOFLEX LEASING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | 3 03CV 2786R |
| v. | § | CIVIL ACTION NO. ________ |
| | § | |
| TEAM MOTOR SPORTS, INC., TEAM MOTORSPORTS OF MISSOURI, L.L.C., MARK JOHNSON, GIBBS-STALLINGS & COLLECTIBLE AUTOS, INC., CHRIS BRANNON, AND GIBBS-STALLINGS SUPERSTORE, INC. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

Defendants Team Motor Sports, Inc., Team Motorsports of Missouri, L.L.C., and Mark Johnson file this Notice of Removal pursuant to 28 U.S.C. § 1441 et. seq., respectfully showing:

1. On September 23, 2003, Plaintiff Autoflex Leasing, Inc. filed a civil action in the 68th District Court in Dallas County, Texas (the "State Court Action") against Team Motor Sports, Inc., Team Motorsports of Missouri, L.L.C., Mark Johnson, TRM Classics & Collectible Autos, Inc., Chris Brannon, and Gibbs-Stallings Superstore, Inc, bearing cause number 03-10651.

2. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. §1332, because it is a civil action between citizens of different states and, upon information and belief, the Plaintiff is seeking a sum greater than $75,000.00 from

ORIGINAL

Defendants, exclusive of interest and costs. In this regard, Defendants Team Motor Sports, Inc., Team Motorsports of Missouri, L.L.C., and Mark Johnson allege as follows:

a. Autoflex Leasing, Inc. is a corporation organized under the laws of the state of Texas, with its principal office located in Dallas County.

b. Team Motorsports of Missouri, L.L.C. is a limited liability company organized under the laws of the state of Missouri, with its principal office and place of business located in Springfield, Missouri. Team Motor Sports, Inc. is a dissolved corporation that had been organized under the laws of the state of Missouri, with its principal office and place of business in Springfield, Missouri. Mark Johnson is a citizen and resident of Missouri, residing in the Springfield, Missouri area.

c. TRM Classics & Collectible Autos, Inc. is a corporation organized under the laws of the state of Arkansas, with its principal office and place of business in Mountain Home, Arkansas. Chris Brannon is a citizen and resident of Arkansas, residing in the Mountain Home, Arkansas area.

d. Gibbs-Stallings Superstore, Inc. is a corporation organized under the laws of the state of Oklahoma, with its principal office and place of business located in Holdenville, Oklahoma.

3. None of the Defendants is a citizen of the state of Texas. Accordingly, the State Court Action is removable to this Court under 28 U.S.C. § 1441. All Defendants consent to the removal.

4. Defendants Team Motor Sports, Inc., Team Motorsports of Missouri, L.L.C., and Mark Johnson received a copy of the initial pleading setting forth the Plaintiff's claims

for relief upon which the State Court Action is based by service on October 17, 2003. The time to remove this case to federal court has not expired.

5. Pursuant to Local Rule 81.1, attached hereto is:

a. a Civil Cover Sheet

b. a Supplemental Civil Cover Sheet

c. an index of all documents that clearly identifies each document and indicates the date the document was filed in state court;

d. a copy of the docket sheet in the State Court Action; and

e. each document filed in the State Court Action.

6. In filing this Notice of Removal, Defendants Team Motor Sports, Inc., Team Motorsports of Missouri, L.L.C., and Mark Johnson do not waive, and expressly reserve, all objections and defenses which they may have under Rule 12 of the Federal Rules of Civil Procedure, and all other provisions of law.

WHEREFORE, Defendants Team Motor Sports, Inc., Team Motorsports of Missouri, L.L.C., and Mark Johnson respectfully request that this case be removed from the State Court and docketed in this Court. Defendants are all filing challenges to personal jurisdiction and ask that such challenges be heard before any other action is taken in this Court.

Respectfully submitted,

[signature]

Thomas A. Fuller
State Bar No. 50511887

HILL GILSTRAP, P.C.
1400 W. Abram St.
Arlington, Texas 76013
(817) 261-2222
(817) 861-4685 FAX

**ATTORNEY FOR DEFENDANTS**

CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing document has been served on counsel for Plaintiff, Mr. Paul A. Bezney, Dodge, Anderson, Jones, Bezney & Gillman, P.C., via certified mail, return receipt requested, this 17th day of November, 2003.

[signature]

Thomas A. Fuller